JAP:RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-1119**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

QUINCEY RAY STEED,

           Defendant.

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960(b)(1)(A))

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTOPHER McKELVY, being duly sworn, deposes and says that he is a Special Agent with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      Upon information and belief, on or about September 26, 2010, within the Eastern District of New York and elsewhere, the defendant QUINCEY RAY STEED, did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960(b)(1)(A)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about September 26, 2010, the defendant QUINCEY RAY STEED, arrived at John F. Kennedy International Airport in Queens, New York, aboard Jet Blue Flight 788 from St. Maarten.

2. The defendant QUINCEY RAY STEED, was selected for a Customs and Border Protection ("CBP") examination. While conducting an examination of the STEED's luggage, CBP officers noticed that the defendant appeared unusually nervous.

3. CBP officers then conducted a pat down of the defendant QUINCEY RAY STEED, and felt hard objects under his clothes. CBP officers subsequently removed three packages from STEED's person concealed in bicycle shorts. Those packages were probed, revealing a substance that field-tested positive for cocaine. STEED was then placed under arrest.

4. The total approximate gross weight of the cocaine recovered was 2159.9 grams.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

WHEREFORE, your deponent respectfully requests that defendant QUINCEY RAY STEED be dealt with according to law.

_____
CHRISTOPHER McKELVY
Special Agent
Immigration and Customs Enforcement

Sworn to before me this
27th day of September, 2010